In the Matter of Kenneth C. KERN, Respondent.

No. 49S00–1410–DI–641.

Supreme Court of Indiana.

Feb. 26, 2015.

*PUBLISHED ORDER CERTIFYING TERMINATION OF NONCOOPERATION SUSPENSION*

Pursuant to Indiana Admission and Discipline Rule 23(10)(f), this Court suspended Respondent from the practice of law in this State for failing to cooperate with the Indiana Supreme Court Disciplinary Commission concerning a grievance, **No. 15–0269,** filed against Respondent. On February 25, 2015, the Executive Secretary of the Disciplinary Commission filed a "Certification of Compliance," stating that Respondent has now cooperated with its investigation. Pursuant to Admission and Discipline Rule 23(10)(f)(3), Respondent's suspension from the practice of law terminated ,as of the date the certification was filed.

The Court therefore ORDERS that **Respondent's suspension from the practice** of law for failure to cooperate in this case be shown as terminated as of February 25, 2015, and that Respondent be shown as reinstated to the practice of law in this state if no other suspension is in effect.